IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY FONTANEZ | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | NO. 13-6265 |

### ORDER

AND NOW, this 19th day of November, 2013, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff, Jeremy Fontanez, #56997-066, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, an initial partial filing fee of $7.23 is assessed. The Warden or other appropriate official at the United States Penitentiary - Hazelton or at any other prison at which plaintiff may be incarcerated is directed to deduct $7.23 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-6265. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the United States Penitentiary - Hazelton or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk

FILED
NOV 19 2013
MICH... ...Z, Clerk
By_____ Dep. Clerk

of Court at the address provided above to be credited to Civil Action No. 13-6265.

3. The Clerk of Court is directed to send a copy of this order to the Warden of the United States Penitentiary - Hazelton.

4. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

5. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.